UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80059-CR-DMM

UNITED STATES OF AMERICA

vs.

GREGORY ORR,

Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around approximately March 2017 and continuing through approximately January 2020, in Palm Beach County, the Southern District of Florida, and elsewhere, the defendant, GREGORY ORR ("ORR"), knowingly and willfully conspired and agreed with others to solicit and receive illegal health care kickbacks, in violation of Title 18, United States Code, Section 371 and received a kickback from a federal health care program, in violation of Title 42, United States Code, Section 1320a-7b(b)(1)(A). Medicare is a "health care benefit program" as defined in Title 18, United States Code, Section 24. Furthermore, Medicare is a health care benefit program affecting commerce.

ORR was a partner in XGEN Marketing, LLC, a Florida corporation with its principal place of business in the Southern District of Florida. ORR was a patient recruiter who referred Medicare beneficiaries to LabSolutions, LLC (the "Lab"). In exchange for referring the beneficiaries to the Lab, the Lab paid the Defendant and his conspirators a kickback based on a set percentage of the amount they received from Medicare for performing the tests. These kickbacks were paid to XGEN Marketing, LLC, by means of cash and by check and wires, and, in turn, XGEN Marketing,

LLC transferred kickback proceeds to: (i) LBAKJ Consulting, LLC an entity purportedly controlled by ORR's accountant; (ii) Bella Holdings Group, Inc., an entity registered to ORR; and (iii) other entities that ultimately transferred funds to ORR. ORR used these proceeds for his personal use and benefit, the use and benefit of others, and to further the conspiracy. From March 2017 to January 2020, ORR was paid approximately $2,093,844 in kickbacks. These kickbacks included receipt of a $220,000 transfer, dated December 14, 2018, from an account ending in 3990 at Wells Fargo in the name of XGEN Marketing, LLC to an account ending in 1291 at BB&T in the name of LBAKJ Consulting, LLC.

ORR referred the Medicare beneficiaries to the Lab for genetic testing. The tests were not medically necessary, and that the tests were not ordered by a physician treating the beneficiary for any specific medical problem, symptom, illness or diagnosis. Instead, the beneficiaries were recruited in a variety of ways, including through foreign-based call centers, to receive the tests. The tests were ordered by doctors, including telemedicine doctors, who were not going to use the results in the management of the beneficiary's specific medical problems. ORR knew that the Lab billed Medicare for the genetic tests.

As a result of ORR's participation in the conspiracy as a patient recruiter, Medicare paid the Lab approximately $26,610,359 they were not entitled to receive, based on patients procured through kickbacks.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 2/26/21

_____
GREGORY ORR
Defendant

_____
CHRISTOPHER LYONS, ESQ.
Attorney for Defendant

_____  3/3/2021
PATRICK J. QUEENAN
Trial Attorney

3